IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, | § § | |
| Plaintiff, | § § | CIVIL ACTION NO 2-08CV-061 |
| vs. | § § | |
| GOOGLE, INC. and MICROSOFT CORPORATION, | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |

## PAID SEARCH ENGINE TOOLS, LLC'S CORPORATE DISCLOSURE STATEMENT

Plaintiff, Paid Search Engine Tools, LLC, by and through its attorneys, and pursuant to Fed.R.Civ.P. 7.1, hereby states that: (a) it has no corporate parent, and (b) there is no other publicly-held corporation that owns 10% or more of Paid Search Engine Tools, LLC's stock.

Dated: February 12, 2008

Respectfully submitted,

By: *Elizabeth DeRieux*
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@mailbmc.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@mailbmc.com
Brown McCarroll, L.L.P
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

1

OF COUNSEL:
J. Robert Chambers, Esq.
E-mail: bchambers@whepatent.com
P. Andrew Blatt, Esq
E-mail: dblatt@whepatent.com
John Paul Davis, Esq.
E-mail: jdavis@whepatent.com
Brett A. Schatz, Esq.
E-mail: bschatz@whepatent.com
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

Gregory M. Utter, Esq
E-mail: gutter@kmklaw.com
W. Jeffrey Sefton, Esq
E-mail: jsefton@kmklaw.com
KEATING, MUETHING & KLEKAMP, PLL
One East Fourth Street
Suite 1400
Cincinnati, OH 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

                                  ATTORNEYS FOR PLAINTIFF,
                                  PAID SEARCH ENGINE TOOLS, LLC