IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC,<br>　　　Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO. 2: 08cv061 (DF-CE) |
| | § | |
| GOOGLE, INC. and MICROSOFT<br>CORPORATION,<br>　　　Defendants. | §<br>§<br>§ | JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Robert Christopher Bunt enters his appearance in this matter as additional counsel for Plaintiff Paid Search Engine Tools, LLC for the purpose of receiving notices from the Court.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PARKER, BUNT & AINSWORTH, P.C.

　　　　　　　　　　　　　　　　　/s/ *Robert Christopher Bunt*
　　　　　　　　　　　　　　　　　ROBERT CHRISTOPHER BUNT
　　　　　　　　　　　　　　　　　State Bar No. 00787165
　　　　　　　　　　　　　　　　　100 E. Ferguson, Suite 1114
　　　　　　　　　　　　　　　　　Tyler, TX  75702
　　　　　　　　　　　　　　　　　Telephone:  903/531-3535
　　　　　　　　　　　　　　　　　Facsimile: 903/533-9687
　　　　　　　　　　　　　　　　　E-mail: rcbunt@pbatyler.com

　　　　　　　　　　　　　　　　　ATTORNEYS FOR PAID SEARCH
　　　　　　　　　　　　　　　　　ENGINE TOOLS, LLC.

2

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 13th day of February 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CD-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

            /s/ *Robert Christopher Bunt*
            ROBERT CHRISTOPHER BUNT

2