IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, § | | |
| Plaintiff, § | | |
| § | | |
| vs. § | CIVIL ACTION NO. 2: 08cv061 (DF-CE) | |
| § | | |
| GOOGLE, INC. and MICROSOFT § | JURY TRIAL DEMANDED | |
| CORPORATION, § | | |
| Defendants. § | | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Charles Ainsworth enters his appearance in this matter as additional counsel for Plaintiff Paid Search Engine Tools, LLC for the purpose of receiving notices from the Court.

Respectfully submitted,

*/s/ Charles Ainsworth*
CHARLES AINSWORTH
State Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 – facsimile
charley@pbatyler.com

ATTORNEYS FOR PAID SEARCH
ENGINE TOOLS, LLC.

1

**CERTIFICATE OF SERVICE**

      I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 13th day of February, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

      */s/ Charles Ainsworth*
      CHARLES AINSWORTH