IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC,<br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC. and MICROSOFT CORPORATION,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br>CIVIL ACTION NO. 2: 08cv061 (DF-CE)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Robert M. Parker enters his appearance in this matter as additional counsel for Plaintiff Paid Search Engine Tools, LLC for the purpose of receiving notices from the Court.

    Respectfully submitted,
    */s/ Robert M. Parker*
    Robert M. Parker
    State Bar No. 15498000
    Robert Christopher Bunt
    State Bar No.  00787165
    Charles Ainsworth
    State Bar No. 00783521
    **PARKER, BUNT & AINSWORTH, P.C.**
    100 E. Ferguson, Suite 1114
    Tyler, Texas 75702
    903/531-3535
    903/533-9687 - Facsimile
    E-mail: rmparker@pbatyler.com
    E-mail: rcbunt@pbatyler.com
    E-mail: charley@pbatyler.com

    ATTORNEYS FOR PAID SEARCH
    ENGINE TOOLS, LLC.

2

**CERTIFICATE OF SERVICE**

    I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 13th day of February 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                       /s/ *Robert M. Parker*
                                       ROBERT M. PARKER