IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PAID SEARCH ENGINE TOOLS, LLC,

        Plaintiff,

v.

           Civil No. 2:08-CV-061 (DF/CE)

GOOGLE, INC., ET AL,

        Defendants.

## NOTICE OF CHANGE OF FIRM NAME AND ELECTRONIC ADDRESSES

PLEASE TAKE NOTICE that the firm name and electronic addresses of S. Calvin

Capshaw and Elizabeth L. DeRieux, counsel for Plaintiff, Paid Search Engine Tools, LLC, have

been changed to:

**Capshaw DeRieux, LLP**
**E-mail: ccapshaw@capshawlaw.com**
**E-mail: ederieux@capshawlaw.com**

The firm's address, telephone number and fax number will remain the same.

Respectfully submitted,

By:    /s/ Elizabeth L. DeRieux
          S. Calvin Capshaw, III
          State Bar No. 03783900
          Elizabeth L. DeRieux
          State Bar No. 05770585

Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, Texas 75601
(903) 236-9800 Telephone
(903) 236-8787 Facsimile
E-mail: ccapshaw@capshawlaw.com
E-mail: ederieux@capshawlaw.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record who are deemed to have consented to electronic service are being served this 22nd day of April, 2007, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux