## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| **PAID SEARCH ENGINE TOOLS, LLC**, | )    **CIVIL ACTION NO. 2:08-cv-061** |
| *Plaintiff*, | )    **JURY TRIAL DEMANDED** |
| **v.** | ) |
| **GOOGLE, INC. and MICROSOFT CORP.**, | ) |
| *Defendants*. | ) |

| | |
|---|---|
| **MICROSOFT CORPORATION,** | ) |
| *Counterclaim-Plaintiff*, | ) |
| **v.** | ) |
| **PAID SEARCH ENGINE TOOLS, LLC**, | ) |
| *Counterclaim-Defendant*. | ) |

## RULE 7.1 DISCLOSURE STATEMENT FOR DEFENDANTA AND COUNTERCLAIM-PLAINTIFF MICROSOFT CORPORATION

Microsoft Corporation ("Microsoft") hereby discloses the following information pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

(a) Microsoft has no parent corporation.

(b) No publicly held entity (corporate or otherwise) owns 10% or more of Microsoft's stock.

Dated:  April 28, 2008                              Respectfully submitted,


                                                     /s/ Eric H. Findlay
                                                    Eric H. Findlay
                                                    State Bar No. 00789886
                                                    **RAMEY & FLOCK, P.C.**
                                                    100 E. Ferguson
                                                    Suite 500
OF COUNSEL:                                         Tyler, TX 75702
                                                    903/597-3301
Richard A. Cederoth                                 903/597-2413 FAX
**SIDLEY AUSTIN LLP**                               ericf@rameyflock.com
1 South Dearborn Street
Chicago, Illinois 60603
tel. 312-853-7000
fax 312-853-7036
rcederoth@sidley.com


                                                    **COUNSEL FOR MICROSOFT
                                                    CORPORATION**


                                  **CERTIFICATE OF SERVICE**

        I hereby certify that on April 28, 2008, I electronically filed the foregoing Rule 7.1

Disclosure Statement for Defendant and Counterclaim-Plaintiff Microsoft Corporation with the

Clerk of Court using the CM/ECF system which will send notification of such filing via

electronic mail to all counsel of record.

                                                    /s/ Eric H. Findlay
                                                    Eric H. Findlay