# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PAID SEARCH ENGINE TOOLS, LLC**, | CIVIL ACTION NO. 2-08cv-061 |
| *Plaintiff*, | JURY TRIAL DEMANDED |
| v. | |
| **GOOGLE, INC.** and **MICROSOFT CORP.**, | |
| *Defendants*. | |
| | |
| **MICROSOFT CORPORATION**, | |
| *Counterclaim-Plaintiff*, | |
| v. | |
| **PAID SEARCH ENGINE TOOLS, LLC**, | |
| *Counterclaim-Defendant*. | |

## NOTICE OF RELATED CASE

This notice is to inform this Court that on September 13, 2007, Plaintiff Paid Search Engine Tools, LLC filed a patent infringement action in the Eastern District of Texas against Yahoo! Inc. That complaint asserts the same patent, U.S. Patent 7,043,450, asserted in the complaint at issue in front of this Court. The case (2-07CV-403) has been assigned to United States District Judge T. John Ward.

For the convenience of the Court, a copy of the complaint filed by Paid Search Engine Tools, LLC is attached as Exhibit A.

Dated: April 28, 2008				Respectfully submitted,

					 /s/ Eric H. Findlay
					Eric H. Findlay
					State Bar No. 00789886
					**RAMEY & FLOCK, P.C.**
					100 E. Ferguson
					Suite 500
OF COUNSEL:				Tyler, TX 75702
					903/597-3301
Richard A. Cederoth			903/597-2413 FAX
**SIDLEY AUSTIN LLP**			ericf@rameyflock.com
1 South Dearborn Street
Chicago, Illinois 60603
tel. 312-853-7000
fax 312-853-7036
rcederoth@sidley.com


					**COUNSEL FOR MICROSOFT
					CORPORATION**


**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2008, I electronically filed the foregoing Notice of Related Case with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

					/s/ Eric H. Findlay
					Eric H. Findlay

2