**Appendix K**

2-1-3805

Revised: 01/24/07 RK

FILED

U.S. DISTRICT COURT

2008 MAY 21 AM 10: 25

TX EASTERN-MARSHALL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION
APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: **Case # 2:08-cv-061 (DF/CE)**    BY_____

Style: **PAID SEARCH ENGINE TOOLS, LLC v. GOOGLE, INC. and MICROSOFT CORP.**

2. Applicant is representing the following party/ies: **MICROSOFT CORPORATION**

3. Applicant was admitted to practice in **Illinois** (state) on **October 1974** (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court

5. Applicant is not currently suspended or disbarred in any other court

6. Applicant has/**has not** had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/**has not** ever had the privilege to practice before another court suspended (please circle) If so, give complete information on a separate page.

8. Applicant has/**has not** been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:

| Court | Date |
|---|---|
| Supreme Court of the United States of America | October 30, 1978 |
| United States Court of Appeals for the Federal Circuit | March 2, 1993 |
| United States Court of Appeals for the 2nd Circuit | 1996 |
| United States Court of Appeals for the 3rd Circuit | January 5, 1995 |
| United States Court of Appeals for the 4th Circuit | June 26, 1989 |
| United States Court of Appeals for the 5th Circuit | March 3, 1993 |
| United States Court of Appeals for the 6th Circuit | July 22, 2005 |
| United States Court of Appeals for the 7th Circuit | September 23, 1976 |
| United States Court of Appeals for the 9th Circuit | May 7, 1993 |
| United States Court of Appeals for the 11th Circuit | November 21, 2001 |
| Supreme Court of Illinois | 1974 |

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d))

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, **David T. Pritikin**, do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States

Date: May 19, 2008   Signature: _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

Name (please print): **David T. Pritikin**
State Bar Number: **2256339 (Illinois)**
Firm Name: **Sidley Austin LLP**
Address/P.O. Box: **One South Dearborn**
City/State/Zip: **Chicago, IL 60603**
Telephone #: **312-853-7000**
Fax #: **312-853-7036**
E-mail Address: **dpritikin@sidley.com**
Secondary E-Mail Address: **jstone@sidley.com**

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 5/21/08

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
    Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0003805

## United States District Court
for the
Eastern District of Texas at Marshall

Date: **Wednesday, May 21, 2008**

Received from:

**SIDLEY**

**CHICAGO, IL**

| Account | Amount |
|---|---|
| 6855XX | $75.00 |
| **Total** | **$75.00** |

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:08cv61 PHV Kolb Pritikin Cederoth**

Comments: **CK 642222**

Received by: **pa**