**Appendix K**                                                      Revised: 1/24/07

*$-21-3796*

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

FILED-CLERK
U.S. DISTRICT COURT

2008 MAY 21 PM 2:49

TX EASTERN-MARSHALL

1. This application is being made for the following: Case #__2:08-CV-061(DF/CE)_____

Style:__Paid Search Engine Tools, LLC v. Google, Inc., et al._____ BY_____

2. Applicant is representing the following party/ies: _Paid Search Engine Tools, LLC_____

3. Applicant was admitted to practice in _Ohio_____ (state) on __11/06/81_____ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts:
 U.S. District Court, SD Ohio (1982); U.S. Court of Appeals, 6th Circuit (1986);_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

    I, __Greg M. Utter_____do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __May 14, 2008__          Signature_____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Greg M. Utter__

State Bar Number __0032528__

Firm Name: __Keating, Muething & Klekamp, PLL__

Address/P.O. Box: __1 East Fourth Street, Suite 1400__

City/State/Zip: __Cincinnati, OH 45202__

Telephone #: __(513) 579-6400__

Fax #: __(513) 579-6457__

E-mail Address: __gutter@kmklaw.com__

Secondary E-Mail Address: __atanner@kmklaw.com__

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: __5|21|06__

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk

# Receipt for Payment

Receipt No: 2-1-0003796

# United States District Court

for the

Eastern District of Texas at Marshall

Date: **Wednesday, May 21, 2008**

Received from:

**KEATING MUETHING**

**CINCINNATI, OH**

| Account | Amount |
|---------|--------|
| 6855XX | $50.00 |
| | |
| | |
| **Total** | **$50.00** |

| Account | | Description |
|---------|---|-------------|
| 085000 | - | Attorney Admission Fees |
| 086400 | - | New Case Fee |
| 086900 | - | Filing Fees |
| 121000 | - | Conscience Fund |
| 129900 | - | Gifts |
| 143500 | - | Interest |
| 322340 | - | Sale of Publications |
| 322350 | - | Copy Fees |
| 322360 | - | Miscellaneous Fees |
| 322380 | - | Recoveries of Court Costs |
| 322386 | - | Cost of Prosecution |
| 504100 | - | Crime Victims Fund |
| 508800 | - | Immigration Fees |
| 510000 | - | Civil Filing Fee (1/2) |
| 5100PL | - | Partial Filing Fee (PLRA) |
| 510100 | - | Registry Fee |
| 604700 | - | Registry Funds/General and Special Funds |
| 613300 | - | Unclaimed Monies |
| 6855XX | - | Deposit Funds |

Payment method: **Check**

Case or other reference: **2:08CV61 phv Sefton Utter**

Comments: **CK 171943**

Received by: **pa**