IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINGE TOOL, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 2:08cv61 |
| v. | § | |
| | § | JURY |
| GOOGLE, INC. and MICROSOFT CORPORATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT GOOGLE, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

COMES NOW Defendant, Google, Inc., and files this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint for Patent Infringement and would show the Court the following:

1.  Defendant Google was served with a copy of Plaintiff's Complaint for Patent Infringement on May 28, 2008. The current deadline for Defendant Google to file its answer is June 17, 2008.

2.  Defendant Google respectfully requests the Court extend the date on which it must file its answer or other responsive pleading to July 17, 2008.

3.  Counsel for Defendant Google has conferred with opposing counsel and there is no opposition to this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully requests the Court grant its motion.

Respectfully submitted,

By: */s/ Nicholas H. Patton*
Nicholas H. Patton
SBN: 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080
(903) 792-8233 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 4th day of June, 2008.

*/s/ Nicholas H. Patton*
Nicholas H. Patton