IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINGE TOOL, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | No. 2:08cv61 |
| v. | § | |
| | § | JURY |
| GOOGLE, INC. and MICROSOFT | § | |
| CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## O R D E R

The Court, having considered the Unopposed Motion for Extension of Time for Defendant Google, Inc. to Answer or Otherwise Respond to Plaintiff's Original Complaint, concludes that the motion is well taken and should be GRANTED.

Accordingly, it is ORDERED that Defendant Google, Inc. is granted to and including July 17, 2008 to answer or otherwise respond to Plaintiff's Original Complaint.

IT IS SO ORDERED.

SIGNED this 5th day of June, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE