# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# MARSHALL DIVISION

| | |
|---|---|
| **PAID SEARCH ENGINE TOOLS, LLC,** | ) )  CIVIL ACTION NO. 2:08-cv-061 |
| *Plaintiff,* | ) )  JURY TRIAL DEMANDED ) ) |
| v. | ) ) |
| **GOOGLE, INC., AND MICROSOFT CORP.,** | ) ) ) |
| *Defendants.* | ) ) ) ) |

## DEFENDANT GOOGLE INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Google Inc. declares that it is a publicly traded company. It has no parent corporation, and no publicly traded corporation owns more than 10% of its stock.

Respectfully submitted,

By: */s/ Nicholas H. Patton*
Nicholas H. Patton
SBN: 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080
(903) 792-8233 (fax)

51426/2574682.1

Of counsel:

Charles K. Verhoeven,
charlesverhoeven@quinnemanuel.com
David A. Perlson,
davidperlson@quinnemanuel.com
Antonio R. Sistos,
antoniosistos@quinnemanuel.com
Emily C. O'Brien,
emilyobrien@quinnemanuel.com

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 17th day of July, 2008.

*/s/ Nicholas H. Patton*
Nicholas H. Patton