**Appendix K**                                                      **Revised: 1/24/07**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION
## APPLICATION TO APPEAR PRO HAC VICE

08 JUL 21 PM 3: 00

TEXAS-EASTERN

BY

1. This application is being made for the following: Case #___2-08-CV-061_____

Style: ___Paid Search Engine Tools LLC v. Google Inc. and Microsoft Corp._____

2. Applicant is representing the following party/ies: ___Google Inc._____

3. Applicant was admitted to practice in ___CA___ (state) on ___December 5, 2005___ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: Northern District of California.

_____

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, ___Emily C. O'Brien_____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date ___July 16, 2008_____                    Signature _Emily COB_

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Emily C. O'Brien__

State Bar Number __240072__

Firm Name: __Quinn Emanuel Urquhart Oliver & Hedges, LLP__

Address/P.O. Box: __50 California Street, 22nd Floor__

City/State/Zip: __San Francisco, CA 94111__

Telephone #: __Telephone: (415) 875 6600__

Fax #: __Facsimile: (415) 875 6700__

E-mail Address: __emilyobrien@quinnemanuel.com__

Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This

application has been approved for the court on: _____

David J. Maland, Clerk

U.S. District Court, Eastern District of Texas

By _____

Deputy Clerk