**Appendix K**                                                                 Revised: 1/24/07

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION
# APPLICATION TO APPEAR PRO HAC VICE

*[FILED-CLERK stamp: 08 JUL 21 PM 3:00 TEXAS-EASTERN]*

1. This application is being made for the following: Case # __2-08-CV-061__

   Style: __Paid Search Engine Tools LLC v. Google Inc. and Microsoft Corp.__

2. Applicant is representing the following party/ies: __Google Inc.__

3. Applicant was admitted to practice in __CA__ (state) on __December 5, 2005__ (date).

4. Applicant is in good standing and is otherwise eligible to practice law before this court.

5. Applicant is not currently suspended or disbarred in any other court.

6. Applicant has/has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.

7. Applicant has/has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.

8. Applicant has/has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.

9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.

10. There are no pending grievances or criminal matters pending against the applicant.

11. Applicant has been admitted to practice in the following courts: __Northern District of California.__

12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."

13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).

14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, __Emily C. O'Brien__ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date __July 16, 2008__                                 Signature __Emily O'B__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) __Emily C. O'Brien__
State Bar Number __240072__
Firm Name: __Quinn Emanuel Urquhart Oliver & Hedges, LLP__
Address/P.O. Box: __50 California Street, 22nd Floor__
City/State/Zip: __San Francisco, CA 94111__
Telephone #: __Telephone: (415) 875 6600__
Fax #: __Facsimile: (415) 875 6700__
E-mail Address: __emilyobrien@quinnemanuel.com__
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: __7/21/08__

*David Maland*
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____
Deputy Clerk