AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

Paid Search Engine Tools, LLC
vs.
Google, Inc. And Microsoft Corporation

**NOTICE**

CASE NUMBER: 2:08-CV-61 DF-CE

TYPE OF CASE:

X **CIVIL**      **CRIMINAL**

**X TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| United States District Court<br>U.S. Magistrate Judge's Courtroom<br>100 E. Houston<br>Marshall, Texas 75670 | DATE AND TIME<br>11:10 a.m., October 27, 2008 |

TYPE OF PROCEEDING

**SCHEDULING CONFERENCE**

**TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

David J. Maland
US MAGISTRATE JUDGE OR CLERK OF COURT

September 24, 2008        Jan Lockhart
DATE                                (BY) DEPUTY CLERK

TO:    ALL COUNSEL OF RECORD

# ACKNOWLEDGMENT

**NOTICE TO COUNSEL:** Please sign in the space provided below and return to the court by facsimile, **(903) 938-7819**, within three (3) days of your receipt of the enclosed notice.

**I acknowledge receipt of the indicated notice on the date shown below.**

Case No. _____

Signature of Atty. _____
                                                            Date

Print Name of Atty. _____

Counsel for _____
              (Name of Party)

Type of Proceeding: _____
                      (e.g., Scheduling Conference)

Date of Proceeding: _____

Time of Proceeding: _____

Location of Proceeding: _____