IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | C.A. No. 2:08-cv-061 (DF/CE) |
| | § | |
| | § | |
| GOOGLE, INC. and | § | |
| MICROSOFT CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, N. Claire Abernathy, enters her appearance in this matter as counsel for Plaintiff, Paid Search Engine Tools, LLC, for the purpose of receiving notices and orders from the Court.

DATED this 25th day of September, 2008.

DATED: September 25, 2008   Respectfully submitted,


By: /s/ N. Claire Abernathy
   S. Calvin Capshaw
   State Bar No. 03783900
   Elizabeth L. DeRieux
   State Bar No. 05770585
   N. Claire Abernathy
   State Bar No. 24053063
   Capshaw DeRieux, LLP
   1127 Judson Road, Suite 220
   P.O. Box 3999 (75606-3999)
   Longview, Texas 75601-5157
   Telephone: (903) 236-9800
   Facsimile: (903) 236-8787
   E-mail: ccapshaw@capshawlaw.com
   E-mail: ederieux@capshawlaw.com
   E-mail: chenry@capshawlaw.com

**ATTORNEYS FOR PLAINTIFF**
**PAID SEARCH ENGINE TOOLS, LLC**


## CERTIFICATE OF SERVICE

   I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of September, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

         /s/ N. Claire Abernathy
          N. Claire Abernathy