IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC | § § § | |
| Plaintiff, | § | |
| v. | § | C.A. No. 2:08-cv-061 (DF/CE) |
| | § § | |
| GOOGLE, INC. and MICROSOFT CORPORATION, | § § § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, S. Calvin Capshaw, enters his appearance in this matter as counsel for Plaintiff, Paid Search Engine Tools, LLC, for the purpose of receiving notices and orders from the Court.

DATED this 25th day of September, 2008.

DATED: September 25, 2008              Respectfully submitted,

                                     By: /s/ S. Calvin Capshaw
                                            S. Calvin Capshaw
                                            State Bar No. 03783900
                                            Elizabeth L. DeRieux
                                            State Bar No. 05770585
                                            N. Claire Abernathy
                                            State Bar No. 24053063
                                            Capshaw DeRieux, LLP
                                            1127 Judson Road, Suite 220
                                            P.O. Box 3999 (75606-3999)
                                            Longview, Texas 75601-5157
                                            Telephone: (903) 236-9800
                                            Facsimile: (903) 236-8787
                                            E-mail: ccapshaw@capshawlaw.com
                                            E-mail: ederieux@capshawlaw.com
                                            E-mail: chenry@capshawlaw.com

**ATTORNEYS FOR PLAINTIFF
PAID SEARCH ENGINE TOOLS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 25th day of September, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                            /s/ S. Calvin Capshaw
                                                            S. Calvin Capshaw