IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC | § § | |
| Plaintiff, | § § | |
| v. | § | C. A. 2:08-cv-061 (DF/CE) |
| | § § | |
| GOOGLE, INC. and MICROSOFT CORPORATION, | § § § | |
| Defendants. | § § | |

## PLAINTIFF PAID SEARCH ENGINE TOOLS, LLC'S NOTICE OF DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS UNDER PATENT RULES 3-1 AND 3-2

In compliance with P.R. 3-1 and 3-2, Plaintiff Paid Search Engine Tools, LLC hereby gives notice that, on October 17, 2008, it complied with P.R. 3-1 and 3-2 by serving its Preliminary Infringement Contentions and related document production on counsel for all Defendants.

Dated: October 17, 2008

Respectfully submitted,

By:   /s/ N. Claire Abernathy
      S. Calvin Capshaw
      State Bar No. 03783900
      Email: ccapshaw@capshawlaw.com
      Elizabeth L. DeRieux
      State Bar No. 05770585
      Email: ederieux@capshawlaw.com
      N. Claire Abernathy
      State Bar No. 24053063
      Email: chenry@capshawlaw.com
      Capshaw DeRieux, LLP
      1127 Judson Road, Suite 220
      Longview, TX 75601
      Telephone: (903) 236-9800
      Facsimile: (903) 236-8787

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

J. Robert Chambers, Esq.
Admitted *Pro Hac Vice*
E-mail: bchambers@whepatent.com
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

Gregory M. Utter, Esq.
Admitted *Pro Hac Vice*
E-mail: gutter@kmklaw.com
W. Jeffrey Sefton, Esq.
Admitted *Pro Hac Vice*
E-mail: jsefton@kmklaw.com
KEATING, MUETHING &
KLEKAMP, PLL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

OF COUNSEL:
P. Andrew Blatt, Esq
E-mail: dblatt@whepatent.com
John Paul Davis, Esq.
E-mail: jdavis@whepatent.com
Brett A. Schatz, Esq.
E-mail: bschatz@whepatent.com
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

               **ATTORNEYS FOR PLAINTIFF,
               PAID SEARCH ENGINE TOOLS,
               LLC**

## CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 17th day of October, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

               /s/ N. Claire Abernathy
               N. Claire Abernathy