IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, § | | |
| § | | |
| Plaintiff, § | C.A. 2:08-cv-061 (DF/CE) | |
| vs. § | | |
| § | | |
| GOOGLE, INC. and § | Jury Demanded. | |
| MICROSOFT CORPORATION, § | | |
| § | | |
| Defendants. § | | |

## JOINT MOTION FOR EXTENSION OF TIME FOR PARTIES
## TO SUBMIT THEIR JOINT CONFERENCE REPORT

Plaintiff, Paid Search Engine Tools, LLC, and Defendants, Google, Inc. and Microsoft Corporation, file this Joint Motion for Extension of Time for Parties to Submit their Joint Conference Report and respectfully show as follows:

1. Pursuant to the Court's Notice of Scheduling Conference, Proposed Deadlines for Docket Control Order, and Discovery Order (*See* Dkt. 34), the parties' current deadline to submit their joint conference report is October 23, 2008.

2. Both parties seek an extension of one day, through October 24, 2008, to comply with the requirement to submit their joint conference report.

3. This extension is not requested for the purposes of delay or harassment but only so that justice may be served. The parties submit that the requested extension will not delay or interfere with the management of the case or with any other deadlines in the case.

1

WHEREFORE, Plaintiff, Paid Search Engine Tools, LLC, and Defendants, Google, Inc. and Microsoft Corporation, respectfully request that the Court grant this Joint Motion for Extension of Time for Parties to Submit their Joint Conference Report, and allow Plaintiff, Paid Search Engine Tools, LLC, and Defendants, Google, Inc. and Microsoft Corporation, to have until October 24, 2008 to comply with the Court's requirement to submit their joint conference report prior to the Scheduling Conference set for October 27, 2008.

Dated: October 23, 2008                    Respectfully submitted,

By:   /s/ N. Claire Abernathy
      S. Calvin Capshaw
      State Bar No. 03783900
      Email: ccapshaw@capshawlaw.com
      Elizabeth L. DeRieux
      State Bar No. 05770585
      Email: ederieux@capshawlaw.com
      N. Claire Abernathy
      State Bar No. 24053063
      Email: chenry@capshawlaw.com
      Capshaw DeRieux, LLP
      1127 Judson Road, Suite 220
      Longview, TX 75601
      Telephone: (903) 236-9800
      Facsimile: (903) 236-8787

      Robert M. Parker
      State Bar No. 15498000
      Email: rmparker@pbatyler.com
      Robert Christopher Bunt
      State Bar No. 00787165
      Email: rcbunt@pbatyler.com
      Charles Ainsworth
      State Bar No. 00783521
      Email: charley@pbatyler.com
      Parker, Bunt & Ainsworth, P.C.
      100 East Ferguson, Suite 1114
      Tyler, Texas 75702
      Telephone: (903) 531-3535
      Facsimile: (903) 533-9687

J. Robert Chambers
(Admitted *pro hac vice*)
Email: bchambers@whepatent.com
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

Gregory M. Utter
(Admitted *pro hac vice*)
Email: gutter@kmklaw.com
W. Jeffrey Sefton
(Admitted *pro hac vice*)
Email: jsefton@kmklaw.com
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

Of Counsel:
P. Andrew Blatt
Email: dblatt@whepatent.com
John Paul Davis
Email: jdavis@whepatent.com
Brett A. Schatz
Email: bschatz@whepatent.com
Wood, Heron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

**ATTORNEYS FOR PLAINTIFF,
PAID SEARCH ENGINE TOOLS, LLC**

By: /s/ Nicholas H. Patton
   (signed with permission by N. Claire Abernathy)
      Nicholas H. Patton
      State Bar No. 15631000
      Patton, Tidwell & Schroeder, LLP
      4605 Texas Boulevard
      P.O. Box 5398
      Texarkana, Texas 75505-5398
      Telephone: (903) 792-7080
      Facsimile: (903) 792-8233

      Charles K. Verhoeven
      (Admitted *pro hac vice*)
      David A. Perlson
      (Admitted *pro hac vice*)
      Antonio R. Sistos
      (Admitted *pro hac vice*)
      Emily C. O'Brien
      (Admitted *pro hac vice*)
      Quinn Emanuel Urquhart
      Oliver & Hedges, LLP
      50 California Street, 22nd Floor
      San Francisco, California 94111
      Telephone: (415) 875-6600
      Facsimile: (415) 875-6700

**ATTORNEYS FOR DEFENDANT GOOGLE, INC.**

By: /s/ Eric H. Findlay
   (signed with permission by N. Claire Abernathy)
      Eric H. Findlay
      State Bar No. 00789886
      Ramey & Flock, P.C.
      100 E. Ferguson, Suite 500
      Tyler, Texas 75702
      Telephone: (903) 597-3301
      Facsimile: (903) 597-2413

David T. Pritikin
(Admitted *pro hac vice*)
Richard A. Cederoth
(Admitted *pro hac vice*)
Laura L. Kolb
(Admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn Avenue
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

**ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 23rd day of October, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy
N. Claire Abernathy