IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 2: 08cv061 (DF-CE) |
| | § | |
| GOOGLE, INC. and MICROSOFT | § | JURY TRIAL DEMANDED |
| CORPORATION, | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Notice is hereby given that attorney Andrew T. Gorham enters his appearance in this matter as additional counsel for Plaintiff Paid Search Engine Tools, LLC for the purpose of receiving notices from the Court.

Respectfully submitted,

*/s/ Andrew T. Gorham*
Andrew T. Gorham
State Bar No. 24012715
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535
903/533-9687 – Facsimile
E-mail: tgorham@pbatyler.com

ATTORNEYS FOR PAID SEARCH
ENGINE TOOLS, LLC.

1

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record, who are deemed to have consented to electronic service are being served this 24th day of October, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Andrew T. Gorham*
Andrew T. Gorham