IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, | § § | |
| Plaintiff, | § | C.A. 2:08-cv-061 (DF/CE) |
| vs. | § § | |
| GOOGLE, INC. and MICROSOFT CORPORATION, | § § § | Jury Demanded. |
| Defendants. | § § | |

## ORDER

Came on to be heard the parties' Joint Motion for Extension of Time for Parties to Submit their Joint Conference Report, and the Court after due consideration finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for the parties to submit their joint conference report is extended up to and including October 24, 2008.

SIGNED this 24th day of October, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE