IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, | § § | |
| Plaintiff, | § | C.A. 2:08-cv-061 (DF/CE) |
| vs. | § § | |
| GOOGLE, INC. and MICROSOFT CORPORATION, | § § § | Jury Demanded. |
| Defendants. | § | |

## JOINT CONFERENCE REPORT

(1) This is an action for alleged infringement of United States Patent No. 7,043,450 issued May 9, 2006 and entitled "Paid Search Engine Bid Management." The patent abstract describes the patent being directed to a method and system (information processing system) for overcoming deficiencies and inefficiencies in the paid search engine keyword bidding market by providing keyword bidders with information they need to better optimize their use of paid search engines. The defendants deny infringement and have asserted a number of defenses including invalidity and inequitable conduct. Plaintiff served its P.R. 3-1 preliminary infringement contentions and its P.R. 3-2 disclosures and documents on October 17, 2008.

(2) Pursuant to the Court's Order dated September 25, 2008, counsel for the parties met by telephone on October 13, 2008. The parties were represented as follows:

**Paid Search Engine Tools, LLC**:

Elizabeth L. DeRieux
Capshaw DeRieux, LLP

J. Robert Chambers
Wood, Herron & Evans, LLP

Gregory M. Utter
Jeffrey Sefton
Keating, Meuthing & Klekamp PLL

1

Christopher Bunt
Charles Ainsworth
Parker, Bunt & Ainsworth, PC

**Google, Inc.**:

Nicholas H. Patton
Patton Tidwell & Schroeder, LLP

David A. Perlson
Emily C. O'Brien
Quinn Emanuel Urquhart Oliver & Hedges LLP

**Microsoft Corp.**:

Brian Craft
Ramey & Flock

Richard A. Cederoth
Laura L. Kolb
Sidley Austin LLP

(3)  The patent in suit is also being asserted against Yahoo! Inc. in Case No. 2:07-cv-403 (TJW) filed September 13, 2007.

(4)  The expected length of trial is two weeks.

(5)  The parties do not agree to trial before a magistrate judge.

(6)  A jury demand has been made.

(7)  A Proposed Docket Control Order is attached as Exhibit A.

(8)  The parties in this matter have agreed that this case should be consolidated with C.A. 2:07-cv-403 (TJW); *Paid Search Engine Tools, LLC v. Yahoo! Inc.*; In the United States District Court for the Eastern District of Texas, Marshall Division. The cases involve the same Plaintiff and the same patent. The Yahoo! case is pending before Judge Ward and we understand that Judge Ward recuses himself from cases where Microsoft is a party thereby preventing transfer of this case to Judge Ward. The parties thus propose to consolidate the Yahoo! case with this case and follow the schedule adopted by Judge Folsom for this case. If, for any reason, the Yahoo! case is not consolidated with this case, the parties agree that the Final Pretrial and Trial in this case should be in March 2011 as opposed to October 2010, <u>but only if all other dates on the attached schedule remain as set forth in the attached</u>. Counsel for Plaintiff has called counsel for Yahoo! to propose this consolidation, but does not yet know if Yahoo! agrees to this proposal.

(9) Proposed modifications of the limits on discovery set forth in the September 25, 2008 Order is attached as Exhibit B.

(10) The parties propose to jointly submit a proposed Protective Order to the Court.

(11) The parties do not believe that the appointment of a Technical Advisor or Special Master is needed.

(12) Nine claims are asserted against Google. Eight claims are asserted against Microsoft.

(13) The parties do not believe that early mediation will be fruitful. The parties wish to revisit mediation after at least some discovery has taken place.

(14) Counsel are cognizant of the Local Rules pertaining to attorney misconduct.

Dated: October 24, 2008          Respectfully submitted,

By:   /s/ Elizabeth L. DeRieux
    S. Calvin Capshaw
    State Bar No. 03783900
    Email: ccapshaw@capshawlaw.com
    Elizabeth L. DeRieux
    State Bar No. 05770585
    Email: ederieux@capshawlaw.com
    N. Claire Abernathy
    State Bar No. 24053063
    Email: chenry@capshawlaw.com
    Capshaw DeRieux, LLP
    1127 Judson Road, Suite 220
    Longview, TX 75601
    Telephone: (903) 236-9800
    Facsimile: (903) 236-8787

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

J. Robert Chambers
(Admitted *pro hac vice*)
Email: bchambers@whepatent.com
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

Gregory M. Utter
(Admitted *pro hac vice*)
Email: gutter@kmklaw.com
W. Jeffrey Sefton
(Admitted *pro hac vice*)
Email: jsefton@kmklaw.com
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

Of Counsel:
P. Andrew Blatt
Email: dblatt@whepatent.com
John Paul Davis
Email: jdavis@whepatent.com
Brett A. Schatz
Email: bschatz@whepatent.com
Wood, Heron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

**ATTORNEYS FOR PLAINTIFF,
PAID SEARCH ENGINE TOOLS, LLC**

By: /s/ Nicholas H. Patton
    (signed with permission by N. Claire Abernathy)
        Nicholas H. Patton
        State Bar No. 15631000
        Patton, Tidwell & Schroeder, LLP
        4605 Texas Boulevard
        P.O. Box 5398
        Texarkana, Texas 75505-5398
        Telephone: (903) 792-7080
        Facsimile: (903) 792-8233

        Charles K. Verhoeven
        (Admitted *pro hac vice*)
        David A. Perlson
        (Admitted *pro hac vice*)
        Antonio R. Sistos
        (Admitted *pro hac vice*)
        Emily C. O'Brien
        (Admitted *pro hac vice*)
        Quinn Emanuel Urquhart
        Oliver & Hedges, LLP
        50 California Street, 22nd Floor
        San Francisco, California 94111
        Telephone: (415) 875-6600
        Facsimile: (415) 875-6700

**ATTORNEYS FOR DEFENDANT
GOOGLE, INC.**

By: /s/ Eric H. Findlay
    (signed with permission by N. Claire Abernathy)
Eric H. Findlay
State Bar No. 00789886
Ramey & Flock, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413

David T. Pritikin
(Admitted *pro hac vice*)
Richard A. Cederoth
(Admitted *pro hac vice*)
Laura L. Kolb
(Admitted *pro hac vice*)
Sidley Austin LLP
One South Dearborn Avenue
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

**ATTORNEYS FOR DEFENDANT MICROSOFT CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 24th day of October, 2008, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ Elizabeth L. DeRieux
Elizabeth L. DeRieux