# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PAID SEARCH ENGINE TOOLS, LLC**, | CIVIL ACTION NO. 2:08-cv-061 |
| *Plaintiff*, | JURY TRIAL DEMANDED |
| v. | |
| **GOOGLE, INC.** and **MICROSOFT CORP.**, | |
| *Defendants*. | |

| | |
|---|---|
| **MICROSOFT CORPORATION**, | |
| *Counterclaim-Plaintiff*, | |
| v. | |
| **PAID SEARCH ENGINE TOOLS, LLC**, | |
| *Counterclaim-Defendant*. | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendant, Microsoft Corporation, hereby notifies the Court that Brian Craft of the firm Ramey & Flock, P.C., 100 E. Ferguson, Suite 500, Tyler, TX 75702, Phone (903) 597-3301, Fax (903) 597-2413, E-mail: brianc@rameyflock.com has entered this action as counsel to be noticed on its behalf. In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under FED. R. CIV. P. 5 be served on him at the above address and contact information.

Respectfully submitted,

/s/ Brian Craft_____
Brian Craft
Texas Bar No. 04972020
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, Texas 75702
903-597-3301 (telephone)
903-597-2413 (fax)
E-mail: brianc@rameyflock.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2008, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/ Brian Craft_____
Brian Craft