IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC | § | |
| | § | |
| V. | § | No. 2:08-cv-61 (DF-CE) |
| | § | |
| GOOGLE, INC. And MICROSOFT | § | |
| CORPORATION | § | |

**Scheduling Conference Minutes**
**October 27, 2008**

**OPEN: 11:05 a.m.**                                                              **ADJOURN: 11:15 a.m.**

ATTORNEYS FOR PLAINTIFF:            Elizabeth DeRieux
                                    Thom Gorham

ATTORNEY FOR DEFENDANT:             Nick Patton

LAW CLERK:                          David Morehan

COURTROOM DEPUTY:                   Jan Lockhart, PLS, CP

11:05 a.m. Court opened. The attorneys announced ready.

The Court addressed the terms outlined in the parties' Report of 26(f) Conference. The Court will enter the parties' proposed Docket Control Order and Discovery Order. In addition, the Court will review the Protective Order filed in the *Yahoo!* case; however, the parties are to submit an Agreed Protective Order within 30 days. The parties indicated that they believe that C.A. No. 2:07cv403(TJW) *Paid Search Engine Tools, LLC v. Yahoo! Inc.* should be consolidated with the instant case. The parties will provide names for a mediator within 30 days.

11:15 a.m. Court adjourned.