```
 1                  IN THE UNITED STATES DISTRICT COURT
                     FOR THE EASTERN DISTRICT OF TEXAS
 2                           MARSHALL DIVISION

 3   PAID SEARCH ENGINE TOOLS, LLC   §   Civil Docket No.
                                     §   2:08-CV-61-DF-CE
 4   V.                              §
                                     §   Marshall, Texas
 5   GOOGLE, INC. and MICROSOFT      §   October 27, 2008
     CORPORATION                     §   11:05 a.m.
 6
                     TRANSCRIPT OF SCHEDULING CONFERENCE
 7                 BEFORE THE HONORABLE CHAD EVERINGHAM
                       UNITED STATES MAGISTRATE JUDGE
 8

 9   APPEARANCES:

10   FOR THE PLAINTIFF:              MS. ELIZABETH L. DeRIEUX
                                     Capshaw DeRieux, LLP
11                                   1127 Judson Road, Suite 220
                                     Longview, Texas 75601
12                                   MR. ANDREW THOMPSON GORHAM
                                     Parker Bunt & Ainsworth
13                                   100 East Ferguson
                                     Suite 1114
14                                   Tyler, Texas 75702

15   FOR THE DEFENDANTS:             MR. NICHOLAS H. PATTON
                                     Patton Tidwell & Schroeder
16                                   4605 Texas Boulevard
                                     P.O. Box 5398
17                                   Texarkana, Texas 75505
                                     MR. ROGER BRIAN CRAFT
18                                   Ramey & Flock
                                     100 East Ferguson
19                                   Suite 500
                                     Tyler, Texas 75702

20

21   COURT REPORTER/TRANSCRIBER:     MS. SUSAN SIMMONS, CSR
                                     Official Court Reporter
22                                   100 East Houston, Suite 125
                                     Marshall, Texas 75670
23                                   903/935-3868

24
     (Proceedings recorded by electronic recording, transcript
25   produced on CAT system.)
```

P R O C E E D I N G S

THE COURT: All right. We'll call for announcements in Paid Search Engine Tools against Google. It's Case Number 2:08-CV-61. We've got a scheduling conference set today.

Who's here for the Plaintiff?

MS. DeRIEUX: Elizabeth DeRieux and Tom Gorham for Plaintiff, Your Honor, and we're ready to proceed.

THE COURT: Okay.

MR. PATTON: Nick Patton for Google, Your Honor.

MR. CRAFT: Brian Craft here for Microsoft Corporation. We're ready.

THE COURT: All right. Good morning to all of you.

All right. The Court has looked at your report in the case. Y'all submitted to me, I believe, a docket control order in the case. Are there any objections to the dates, or is that all by agreement?

MS. DeRIEUX: We've agreed to everything, Your Honor. There is one wrinkle in this case I'd bring to your attention. There is a --

THE COURT: Additional case pending in front of Judge Ward. Is that against Yahoo?

MS. DeRIEUX: It is.

```
 1                THE COURT:  Is that right?
 2                MS. DeRIEUX:  And we have spoken with counsel
 3   for Yahoo regarding the proposed consolidation.  All the
 4   parties in this case are in agreement regarding the
 5   consolidation of the cases, and we are waiting on final word
 6   from the client in the Yahoo matter.  And we are hoping to
 7   submit something by agreement shortly.
 8                THE COURT:  Okay.  And the proposal is to -- to
 9   ask Judge Ward to transfer the Yahoo case to Judge Folsom for
10   development in conjunction with this case?
11                MS. DeRIEUX:  That's correct.
12                THE COURT:  Is that correct?  Okay.  Putting
13   aside that issue, the schedule that y'all have submitted in
14   this case is by agreement, correct?
15                MS. DeRIEUX:  It is, Your Honor.
16                THE COURT:  Okay.  All right.  How about
17   additional discovery issues?
18                MS. DeRIEUX:  Attached to the filing was
19   Exhibit B, and those are our proposed limitations on
20   discovery, also by agreement.
21                THE COURT:  Okay.  Those are -- appear to be
22   fine.  Y'all have a mediator in this case that y'all are
23   talking about?
24                MS. DeRIEUX:  We have discussed mediation, Your
25   Honor.  I believe that the Defendants' position was that they
```

1  are not yet ready to discuss mediation because it's too early
2  and they need a little discovery, so we have not selected a
3  mediator, but we have had some preliminary discussions.
4              MR. PATTON:  That's correct, Your Honor.
5              MR. CRAFT:  Correct.
6              THE COURT:  Well, do you think you know enough
7  about it to go -- to select a mediator or --
8              MR. PATTON:  Judge, my people tell me that they
9  do not know enough -- no matter who the mediator is, they just
10 don't know enough to make a judgment about whether mediation
11 is warranted early or not.
12             THE COURT:  Okay.  Tell you what, I'll give you
13 thirty days to talk about a mediator.  I -- I don't require
14 mediation in all cases.  I mean, if -- Mr. Patton, if you come
15 back to me and say, Judge, it's -- we know enough now that
16 mediation isn't going to be helpful, just file a motion to
17 dispense with the need to mediate.  But I'd like to at least
18 appoint someone so we can talk about schedules with the
19 mediator.  Sometimes those can get kind of tight.
20             If you can't agree on a mediator, then tell me
21 withing thirty days that you're unable to agree on a mediator
22 and I'll select one.
23             Where are y'all on your protective order?
24             MS. DeRIEUX:  Plaintiff is going to propose
25 that we adopt the protective order that's also in place in

```
 1  Yahoo, and we'd like to coordinate with all Defendants to get
 2  those protective orders either identical or as close as
 3  possible.  And the Defendants have agreed that they would
 4  review it and we can get back to you -- I guess I need to let
 5  them talk about it in terms of --
 6              THE COURT:  Sure.
 7              MS. DeRIEUX:  -- the appropriate timing.
 8              THE COURT:  Thirty days enough time?
 9              MR. PATTON:  Thirty days.
10              MR. CRAFT:  That should be fine.
11              MR. PATTON:  That's fine, Judge.
12              THE COURT:  Okay.  Let's -- either submit me an
13  agreed upon protective order within thirty days or submit me
14  your competing versions.
15              Mr. Patton, I'll not impose any kind of an
16  early mediation deadline at this time in the docket control
17  order, but I'm going to go ahead and set a mediation cutoff
18  for completing it by -- to the extent you do go ahead and
19  mediate.  All right?
20              All right.  We've got you a schedule,
21  discovery, procedure for the protective order, procedure for
22  appointing a mediator.  What else can we do here today to
23  resolve the case sooner rather than later?
24              MS. DeRIEUX:  I had one additional question
25  from counsel for Defendants in Yahoo regarding whether we
```

1  would be doing all pretrial matters, including *Markman*, in
2  front of Your Honor in this matter, or if we know yet.  And I
3  told them I didn't know, but I would check with you.
4           THE COURT:  The Yahoo case is not referred to
5  me; is that correct?
6           MS. DeRIEUX:  That's correct at this time.
7           THE COURT:  I don't know the answer to that.
8           MS. DeRIEUX:  Okay.
9           THE COURT:  But --
10          MS. DeRIEUX:  Then I was right when I told them
11 we didn't know.
12          THE COURT:  Since this one's referred to me, my
13 assumption would be that both cases would be referred to me
14 for pretrial -- pretrial management, and I'll probably offer
15 that to Judge Folsom in case -- to the extent this case -- the
16 cases are consolidated, I'll probably advise him of that fact
17 and let him know I'm happy to develop both of them.
18          MS. DeRIEUX:  Okay.
19          THE COURT:  Okay?
20          MS. DeRIEUX:  Thank you.
21          THE COURT:  All right.  Anything else from the
22 Defendant?
23          MR. CRAFT:  Nothing from Microsoft, Your Honor.
24          MR. PATTON:  No, Your Honor.
25          THE COURT:  All right.  That concludes my list

1  of things to do today.  Good to see y'all.  Y'all travel
2  safely.
3              MS. DeRIEUX:  Thank you, Your Honor.
4              THE COURT:  We're adjourned.
5                  (Court adjourned.)
6              *     *     *     *     *

## C E R T I F I C A T I O N

I HEREBY CERTIFY that the foregoing is a correct transcript from the electronic recording of the proceedings in the above-entitled matter to the best of my ability.

_____          _____
SUSAN SIMMONS, CSR                                        DATE
Official Court Reporter
State of Texas No.: 267
Expiration date: 12/31/08