IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PAID SEARCH ENGINE TOOLS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and MICROSOFT CORPORATION,<br><br>    Defendants. | CIVIL ACTION NO. 2-08-CV-061<br><br>JURY TRIAL DEMANDED |

## **DEFENDANT MICROSOFT CORPORATION'S NOTICE OF DISCLOSURE**

Defendant Microsoft Corporation hereby gives notice that it has served its initial disclosures on counsel for Paid Search Engine Tools and Google, Inc. on December 5, 2008.

Dated:   December 5, 2008            Respectfully submitted,

                                                By:   /s/ Laura L. Kolb

                                                    David T. Pritikin
                                                    Richard A. Cederoth
                                                    Laura L. Kolb
                                                    Sidley Austin LLP
                                                    1 South Dearborn Street
                                                    Chicago, Illinois 60603
                                                    Tel. (312) 853-7000
                                                    Fax (312) 853-7036
                                                    Email: dpritikin@sidley.com
                                                                   rcederoth@sidley.com
                                                                   lkolb@sidley.com

                                                    Brian Craft
                                                    Eric H. Findlay
                                                    Ramey & Flock PC
                                                    100 E. Ferguson, Suite 500
                                                    Tyler, TX 75702-0629
                                                    Tel. (903) 510-5213
                                                    Fax (903) 597-2413

Dockets.Justia.com

E-mail: bcraft@rameyflock.dom
efindlay@rameyflock.com

*Attorneys for Defendant Microsoft*

## CERTIFICATE OF SERVICE

I, Laura Kolb, hereby certify that on December 5, 2008, this document is being served via the Court's Electronic Filing System pursuant to Local Rule CV-5(a)(3).

/s/ Laura L. Kolb

CH1 4503085v.1