**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **PAID SEARCH ENGINE TOOLS, LLC,** | CIVIL ACTION NO. 2:08-cv-061 |
| *Plaintiff,* | **JURY TRIAL DEMANDED** |
| v. | |
| **GOOGLE, INC., AND MICROSOFT CORP.,** | |
| *Defendants.* | |

## **DEFENDANT GOOGLE INC.'S NOTICE OF DISCLOSURE**

Defendant, Google Inc., hereby gives notice that it has served its initial disclosures on counsel for Paid Search Engine Tools and Microsoft Corp. this 5th day of December 2008.

Respectfully submitted,

By:  */s/ Nicholas H. Patton*
Nicholas H. Patton
SBN: 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080
(903) 792-8233 (fax)

51426/2574682.1

Of counsel:

Charles K. Verhoeven,
charlesverhoeven@quinnemanuel.com
David A. Perlson,
davidperlson@quinnemanuel.com
Antonio R. Sistos,
antoniosistos@quinnemanuel.com
Emily C. O'Brien,
emilyobrien@quinnemanuel.com

QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 5th day of December, 2008.

*/s/ Nicholas H. Patton*
Nicholas H. Patton