# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

|  |  |
|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, | ) ) ) CIVIL ACTION NO. 2:08-cv-061 |
| *Plaintiff,* | ) ) JURY TRIAL DEMANDED ) |
| v. | ) ) |
| GOOGLE, INC., AND MICROSOFT CORP., | ) ) ) |
| *Defendants.* | ) ) ) ) ) |

## JOINT MOTION TO EXTEND TIME TO FILE PROTECTIVE ORDER AND SUBMIT MEDIATOR NAMES

Now come Plaintiff Paid Search Engine Tools, Inc. ("Plaintiff") and Defendants Google Inc. and Microsoft Corporation ("Defendants") and file this Joint Motion to Extend Time to File Protective Order and Submit Mediator Names and would show unto the Court as follows

1.      The current deadline for the parties to file a protective order and to submit names for a mediator is December 10, 2008.

2.      Plaintiff and Defendants seek an extension of time until January 15, 2009, to file a protective order and to submit names for a mediator.

3.      This extension is not sought for delay, but only to give the parties more time to resolve their differences.

4.      The parties contend that the requested extension will not delay or interfere with the management of the case or any other deadlines in this case.

WHEREFORE, Plaintiff and Defendants respectfully pray that the Court grant this

motion and permit an extension of time to file proposed protective order and submit mediator

names until and including January 15, 2009.

Respectfully submitted,

By:    */s/ Nicholas H. Patton*_____
Nicholas H. Patton
SBN: 15631000
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080
(903) 792-8233 (fax)
nickpatton@texarkanalaw.com


Charles K. Verhoeven,
charlesverhoeven@quinnemanuel.com
David A. Perlson,
davidperlson@quinnemanuel.com
Antonio R. Sistos,
 antoniosistos@quinnemanuel.com
 Emily C. O'Brien,
 emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

*Attorneys for Defendant Google Inc.*


By: /s/_____
David T. Pritkin (dpritikin@sidley.com)
Richard A. Cederoth (rcederoth@sidley.com)
Laura L. Kolb (lkolb@sidley.com)
SIDLEY AUSTIN LLP
1 South Dearborn Street
Chicago, Illinois 60603
Tel.  (312) 853-7000
Fax  (312) 853-7036

Eric H. Findlay (efindlay@rameyflock.com)
Brian Craft (bcraft@rameyflock.com)
RAMEY & FLOCK PC
100 E. Ferguson, Suite 500
Tyler, TX 75702-0629
Tel.  (903) 510-5213
Fax  (903) 597-2413

*Attorneys for Defendant Microsoft Corp.*


By: /s/ _____
S. Calvin Capshaw
State Bar No. 03783900
ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
ederieux@capshawlaw.com
N. Claire Abernathy
State Bar No. 24053063
chenry@capshawlaw.com
CAPSHAW DERIEUX LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Tel.  (903) 236-9800
Fax  (903) 236-8787

Robert M. Parker
Texas Bar No. 15498000
Robert Christopher Bunt
Texas Bar No. 00787165
Charles Ainsworth
Texas Bar No. 00783521
PARKER BUNT & AINSWORTH, P.C.
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
Tel.  (903) 531-3535
Fax  (903) 533-9687

J. Robert Chambers
(Admitted *pro hac vice*)
bchambers@wehpatent.com
WOOD HERRON & EVAN, LLP
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Tel.  (513) 241-2324
Fax  (513) 241-5960

Gregory M. Utter
(Admitted *pro hac vice*)
gutter@kmklaw.com
W. Jeffrey Sefton
(Admitted *pro hac vice*)
jsefton@kmklaw.com
KEATING, MUETHING & KLEKAMP
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Tel.  (513) 579-6400
Fax  (513) 579-6457

*Attorneys for Plaintiff Paid Search Engine
Tools, Inc.*


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 10th day of December, 2008.


*/s/ Nicholas H. Patton*
Nicholas H. Patton