# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

|  |  |
|---|---|
| **PAID SEARCH ENGINE TOOLS, LLC,** | ) ) ) **CIVIL ACTION NO. 2:08-cv-061** ) ) **JURY TRIAL DEMANDED** |
| *Plaintiff,* | ) ) |
| v. | ) ) |
| **GOOGLE, INC., AND MICROSOFT CORP.,** | ) ) ) |
| *Defendants.* | ) ) ) ) |

## **O R D E R**

The Court, having considered the Joint Motion to Extend Time to File Protective Order and Submit Mediator Names, concludes that the motion is well taken and therefore GRANTS the motion. It is therefore

ORDERED that the parties have unto and including January 15, 2009 to file a proposed Protective Order and submit names for a mediator.

SIGNED this 12th day of December, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE