IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PAID SEARCH ENGINE TOOLS, LLC** | § § | |
| VS. | § § | Civil Action No. 208cv61 DF-CE |
| **GOOGLE, INC. AND MICROSOFT CORPORATION** | § § § | |

## DOCKET CONTROL ORDER

After reviewing the parties Joint Case Management Report, the Court hereby enters the following Docket Control Order pursuant to this Court's Local Rule CV-16 and FED. R. CIV. P. 16:

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 1 | Initial Case Management Conference | P. R. 2-1 FRCP 26(f) | October 27, 2008 |
| 2 | Patentee serves Disclosure of Asserted Claims and Preliminary Infringement Contentions of a reasonable number of representative claims | P.R. 3-1 | October 17, 2008 |
| 3 | Patentee makes Document Production Accompanying Disclosure | P..R. 3-2 | October 17, 2008 |
| 4 | **Initial Disclosures** | FRCP 26(a)(1) | November 21, 2008 |
| 5 | Accused Infringer serves Preliminary Invalidity Contentions | P..R. 3-3 | February 20, 2009 |

Dockets.Justia.com

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 6 | Accused Infringer makes Document Production Accompanying Preliminary Invalidity Contentions | P.R. 3-4 | February 20, 2009 |
| 7 | All parties make Exchange of Proposed Terms and Claim Elements for Construction | P.R. 4-1(a) | June 12, 2009 |
| 8 | Patentee shall limit the number of asserted claims to no more than ten (10) and notify the accused infringer and Court | | June 26, 2009 |
| 9 | All parties meet and confer to discuss list of Proposed Terms and Claim Elements for Construction | P. R. 4-1(b) | July 2, 2009 |
| 10 | Deadline for early mediation at the Parties' request | | N/A |
| 11 | All parties make Exchange of Preliminary Claim Constructions and Extrinsic Evidence | P. R. 4-2 | August 3, 2009 |
| 12 | All parties meet and confer to discuss Preliminary Claim Constructions and Extrinsic Evidence | P. R. 4-2(c) | August 17, 2009 |
| 13 | All parties jointly file Joint Claim Construction and Prehearing Statement | P. R. 4-3 | September 4, 2009 |

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 14 | Deadline to join other parties without leave of Court, which shall be at least 60 days before the deadline for filing dispositive motions | | September 4, 2009 |
| 15 | Deadline to file amended pleadings without leave of Court, which shall be at least 30 days before the deadline for dispositive motions | | November 2, 2009 |
| 16 | Completion of Claim Construction Discovery | P. R. 4-4 | September 18, 2009 |
| 17 | Patentee files opening claim construction brief | P R. 4-5(a) | October 2, 2009 |
| 18 | Accused Infringer files responsive claim construction brief | P. R. 4-5(b) | November 2, 2009 |
| 19 | Patentee files reply brief on claim construction | P. R. 4-5(c) | November 16, 2009 |
| 20 | ONLY WITH LEAVE OF COURT Accused infringer files sur-reply brief on claim construction | | December 11, 2009 |
| 21 | Parties file Join Claim Construction Chart | P. R. 4-5(d) | January 27, 2010 |
| 22 | Pre-hearing Conference and technical tutorial if necessary | | February 9, 2010 |
| 23 | Claim Construction Hearing | P. R. 4-6 | February 10, 2010, 9:00 a.m. |
| 24 | Court's Claim Construction Ruling | | [ (3 weeks after 23) subject to the Court's scheduling and/or use of a technical advisor] |

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 25 | Patentee makes Final Infringement Contentions | P. R. 3-6(a) | 30 days after claim construction ruling |
| 26 | Accused Infringer serves Preliminary Unenforceability Contentions | | 40 days after claim construction ruling |
| 27 | Accused Infringer makes Document Production Accompanying Preliminary Unenforceability Contentions | | 40 days after claim construction ruling |
| 28 | Accused Infringer makes Final Invalidity Contentions | P.R. 3-6(b) | 50 days after claim construction ruling |
| 29 | Accused Infringer makes disclosure relating to willfulness | P.R. 3-7 | 50 days after claim construction ruling |
| 30 | Accused Infringer makes Final Unenforceability Contentions | | 60 days after claim construction ruling |
| 31 | Deadline for completion of all fact discovery, which shall be at least 90 days before the final pretrial conference | | 80 days after claim construction ruling |
| 32 | Deadline for disclosure of expert testimony on issues for which a party bears the burden of proof | FRCP 26(a)(2) L.R. CV-26(b) | 90 days after claim construction ruling |
| 33 | Deadline for disclosure of rebuttal expert testimony | FRCP 26(a)(2) L.R. CV-26(b) | 110 days after claim construction ruling |
| 34 | Deadline for late mediation | | October 18, 2009 |

| STEP | ACTION | RULE | DATE DUE |
|------|--------|------|----------|
| 35 | Deadline for completion of expert discovery | | 30 days after rebuttal expert testimony |
| 36 | Deadline for objections to other parties' expert witnesses | | 14 days after deadline for completion of expert discovery |
| 37 | Deadline for filing dispositive motions, including motions on invalidity and unenforceability, which shall be at least 75 days before the initial pretrial conference | | 75 days before initial pretrial conference |
| 38 | Deadline for filing all *Daubert* motions | | 75 days before initial pretrial conference |
| 39 | Deadline for parties to make pretrial disclosures | FRCP 26(a)(3) | 30 days before initial pretrial conference |
| 40 | Patentee to provide to other parties its information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | 30 days before initial pretrial conference |
| 41 | Defendant and Third-parties to Provide to Patentee their information for Joint Final Pretrial Order, Proposed Jury Instruction and Verdict Form | | 30 days before initial pretrial conference |

| STEP | ACTION | RULE | DATE DUE |
|---|---|---|---|
| 42 | Parties to file Proposed Joint Final Pretrial Order, Proposed Jury Instructions, Joint Verdict Forms and Motions in Limine. Prior to initial pretrial conference, parties shall confer with each other regarding the other party's Motion in Limine, deposition designations, and exhibit and shall submit to the Court in writing any objections they may have to the other party's Motions in Limine, deposition designations, and exhibits. | | 2 weeks before initial pretrial conference |
| 43 | Initial Pretrial Conference and hearing on Motions in Limine if required and hearing on objections to deposition designations and exhibits | | Court will set at a later date. |
| 44 | Final Pretrial Conference before Judge David Folsom | | October 4, 2010* |
| 45 | Jury Selection before Judge David Folsom | | October 5, 2010, 10:00 a.m. |

SIGNED this 15th day of December, 2008.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE