IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

_____
                                    )
PAID SEARCH ENGINE TOOLS, LLC       )
                                    )        Case No. 2:08-cv-061
                    Plaintiff,      )
          vs.                       )
                                    )
GOOGLE, INC. and                    )
MICROSOFT COPRORIATION,             )
                                    )
                    Defendant.      )
_____
                                    )
MICROSOFT CORPORATION,              )
                                    )
              Counterclaim-Plaintiff, )
                                    )
          v.                        )
                                    )
PAID SEARCH ENGINE TOOLS, LLC,      )
                                    )
              Counterclaim-Defendant. )
_____)

### PLAINTIFF, PAID SEARCH ENGINE TOOLS, LLC'S, REPLY TO MICROSOFT CORP.'S AMENDED COUNTERCLAIMS FILED 12/17/2008

Plaintiff Paid Search Engines Tools, LLC (" PSET"), by and through its counsel,

herein replies to the numbered paragraphs of Defendant Microsoft Corporation's

("Microsoft") Amended Counterclaims filed 12/17/2008 ("Counterclaims"):

## NATURE OF THIS ACTION

1.  PSET admits that Microsoft has brought an action for declaratory judgment under the Declaratory Judgment Act, 28 U.S.C. §§2201-2202, and that such action arises under the Patent Laws of the United States, Title 35, United States Code. However, PSET denies that the claims of U.S. Patent No. 7,043,450 are either invalid or not infringed or unenforceable.

## PARTIES

2.  PSET admits the allegations of Paragraph 2 of the Counterclaims.

3.  PSET admits the allegations of Paragraph 3 of the Counterclaims.

## JURISDICTION AND VENUE

4.  PSET admits the allegations of Paragraph 4 of the Counterclaims.

5.  PSET admits the allegations of Paragraph 5 of the Counterclaims.

6.  PSET admits the allegations of Paragraph 6 of the Counterclaims.

## FACTUAL BACKGROUND

7.  PSET admits the allegations of Paragraph 7 of the Counterclaims.

8.  PSET admits the allegations of Paragraph 8 of the Counterclaims.

## COUNT I

9.  PSET repeats and incorporates by reference its replies set forth in Paragraphs1-8 herein.

10.  PSET denies the allegations of Paragraph 10 of the Counterclaims.

## COUNT II

11.     PSET repeats and incorporates by reference its replies set forth in Paragraphs 1-10 herein.

12.     PSET denies the allegations of Paragraph 12 of the Counterclaims.

## COUNT III

13.     PSET repeats and incorporates by reference its replies set forth in Paragraphs 1-12 herein.

14.     PSET denies the allegations of Paragraph 14 of the Counterclaims


WHEREFORE, PSET prays for and demands the following relief:

A.     That Microsoft's Amended Counterclaims be dismissed with prejudice and that judgment be entered for PSET;

B.     That Microsoft take nothing by its Counterclaims;

C.     PSET be awarded its costs and attorneys fees in defending against Microsoft's Amended Counterclaims; and,

D.     For such other and further relief as the Court deems just and proper.

Respectfully submitted,


Dated:  December 29, 2008          /s/ Elizabeth L. DeRieux
                                   S. Calvin Capshaw
                                   State Bar No. 0378390
                                   Elizabeth L. DeRieux
                                   State Bar No. 24053063
                                   CAPSHAW DeRIEUX, L.L.P.
                                   1127 Judson Road, Suite 200
                                   P.O. Box 3999 75606-3999
                                   Longview, Texas  75601-5157
                                   Telephone: (903) 236-9800
                                   Facsimile:  (903) 236-8787
                                   E-mail:  ccapshaw@capshawlaw.com
                                   E-mail:  ederieux@capshawlaw.com

J. Robert Chambers
P. Andrew Blatt
John Paul Davis
Brett A. Schatz
WOOD, HERRON & EVANS, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, OH 45202-2917
(513) 241-2324 (Telephone)
(513) 241-5960 (Facsimile)
E-mail: bchambers@whepatent.com
E-mail: dblatt@whepatent.com
E-mail: jdavis@whepatent.com
E-mail: bschatz@whepatent.com

ATTORNEYS FOR PLAINTIFF PAID
SEARCH ENGINE TOOLS, LLC


OF COUNSEL:

Gregory M. Utter
gmutter@kmklaw.com
W. Jeffrey Sefton
jsefton@kmklaw.com
KEATING MUETHING & KLEKAMP PLL
One East Fourth St.
Suite 1400
Cincinnati, OH 45202
Telephone: (513) 579-6540
Facsimile: (513) 579-6457

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **PLAINTIFF, PAID SEARCH ENGINE TOOLS, LLC'S, REPLY TO MICROSOFT CORP.'S AMENDED COUNTERCLAIMS FILED 12/17/2008** was served via the court's electronic filing system to all counsel of record this 29th day of December, 2008.

/s/ Elizabeth L. DeRieux