IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, § | | |
| § | | |
| Plaintiff, § | C.A. 2:08-cv-061 (DF/CE) | |
| vs. § | | |
| § | | |
| GOOGLE, INC. and § | Jury Demanded. | |
| MICROSOFT CORPORATION, § | | |
| § | | |
| Defendants. § | | |

**AGREED MOTION TO EXTEND TIME TO FILE
PROTECTIVE ORDER AND SUBMIT MEDIATOR NAMES**

Now comes Plaintiff Paid Search Engine Tools, Inc. ("Plaintiff") and files this Agreed Motion to Extend Time to File Protective Order and Submit Mediator Names and would show the Court as follows:

1. The current deadline for the parties to file a Protective Order and to submit names for a mediator is January 15, 2009.

2. Plaintiff and Defendants seek an extension of time up to and including, February 5, 2009, to file a Protective Order and to submit names for a mediator.

3. This extension is not sought for delay, but only to give the parties more time to resolve their differences.

4. The parties contend that the requested extension will not delay or interfere with the management of the case or any other deadlines in this case.

Defendants Google Inc. and Microsoft Corporation ("Defendants") do not oppose this motion.

WHEREFORE, Plaintiff, Paid Search Engine Tools, LLC, respectfully prays that the Court grant this motion and permit an extension of time to file the Protective Order and submit mediator names up to and including February 5, 2009.

Dated: January 15, 2009　　　　　　　　　　　　Respectfully submitted,

By:   /s/ N. Claire Abernathy
　　　S. Calvin Capshaw
　　　State Bar No. 03783900
　　　Email: ccapshaw@capshawlaw.com
　　　Elizabeth L. DeRieux
　　　State Bar No. 05770585
　　　Email: ederieux@capshawlaw.com
　　　N. Claire Abernathy
　　　State Bar No. 24053063
　　　Email: chenry@capshawlaw.com
　　　Capshaw DeRieux, LLP
　　　1127 Judson Road, Suite 220
　　　Longview, TX 75601
　　　Telephone: (903) 236-9800
　　　Facsimile: (903) 236-8787

　　　Robert M. Parker
　　　State Bar No. 15498000
　　　Email: rmparker@pbatyler.com
　　　Robert Christopher Bunt
　　　State Bar No. 00787165
　　　Email: rcbunt@pbatyler.com
　　　Charles Ainsworth
　　　State Bar No. 00783521
　　　Email: charley@pbatyler.com
　　　Parker, Bunt & Ainsworth, P.C.
　　　100 East Ferguson, Suite 1114
　　　Tyler, Texas 75702
　　　Telephone: (903) 531-3535
　　　Facsimile: (903) 533-9687


　　　J. Robert Chambers
　　　(Admitted *pro hac vice*)
　　　Email: bchambers@whepatent.com
　　　Wood, Herron & Evans, L.L.P.

2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

Gregory M. Utter
(Admitted *pro hac vice*)
Email: gutter@kmklaw.com
W. Jeffrey Sefton
(Admitted *pro hac vice*)
Email: jsefton@kmklaw.com
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

Of Counsel:
P. Andrew Blatt
Email: dblatt@whepatent.com
John Paul Davis
Email: jdavis@whepatent.com
Brett A. Schatz
Email: bschatz@whepatent.com
Wood, Heron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

**ATTORNEYS FOR PLAINTIFF,
PAID SEARCH ENGINE TOOLS, LLC**

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ N. Claire Abernathy

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 15th day of January, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy