IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, | § § | |
| Plaintiff, | § | C.A. 2:08-cv-061 (DF/CE) |
| vs. | § § | |
| GOOGLE, INC. and MICROSOFT CORPORATION, | § § § | Jury Demanded. |
| Defendants. | § § | |

## **ORDER**

On this day came to be considered Plaintiff Paid Search Engine Tools, Inc.'s Agreed Motion to Extend Time to File Protective Order and Submit Mediator Names and the Court being of the opinion that the same should be GRANTED, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Agreed Motion to Extend Time to File Protective Order and Submit Mediator Names be granted.

IT IS FURTHER ORDERED that the deadline for the parties to submit their Protective Order and mediator names is extended up to and including February 5, 2009.

SIGNED this 16th day of January, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE