# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **PAID SEARCH ENGINE TOOLS, LLC**, | CIVIL ACTION NO. 2:08-cv-061-DF-CE |
| *Plaintiff*, | JURY TRIAL DEMANDED |
| v. | |
| **GOOGLE, INC. and MICROSOFT CORP.**, | |
| *Defendants*. | |
| **MICROSOFT CORPORATION**, | |
| *Counterclaim-Plaintiff*, | |
| v. | |
| **PAID SEARCH ENGINE TOOLS, LLC**, | |
| *Counterclaim-Defendant*. | |

## NOTICE OF CHANGE OF CONTACT INFORMATION

PLEASE TAKE NOTICE that the contact information of Eric H. Findlay and Brian Craft, counsel for Defendant, Microsoft Corporation has been changed to:

**Findlay Craft**
**6760 Old Jacksonville Hwy**
**Suite 101**
**Tyler, TX  75703**
**903/534-1100**
**903/534-1137 FAX**
efindlay@findlaycraft.com
bcraft@findlaycraft.com

1

| | |
|---|---|
| Dated: January 20, 2009 | Respectfully submitted,<br><br>/s/ Eric H. Findlay<br>**Eric H. Findlay**<br>**Texas State Bar No. 00789886**<br>**Brian Craft**<br>**Texas State Bar No. 04972020**<br>**Findlay Craft**<br>**6760 Old Jacksonville**<br>**Suite 101**<br>**Tyler, TX 75703**<br>**903/534-1100**<br>**903/534-1137 FAX**<br>efindlay@findlaycraft.com<br>bcraft@findlaycraft.com |

## Certificate of Service

I hereby certify that on this the 20th day of January, 2009, a true and correct copy of the foregoing instrument was served upon all parties via electronic mail.

/s/ Eric H. Findlay
Eric H. Findlay