IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PAID SEARCH ENGINE TOOLS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>GOOGLE, INC. and MICROSOFT CORPORATION,<br><br>    Defendants. | CIVIL ACTION NO. 2-08-CV-061<br><br>JURY TRIAL DEMANDED |

# JOINT MOTION FOR EXTENSION OF TIME
# FOR FILING PROTECTIVE ORDER

TO THE HONORABLE JUDGE OF THIS COURT:

    Plaintiff Paid Search Engine Tools, Inc. ("Plaintiff") and Defendants Google Inc. and Microsoft Corporation ("Defendants") file this Joint Motion for Extension of Time for Filing Protective Order and respectfully ask the Court to extend a deadline in this matter. Plaintiff and Defendants respectfully show as follows:

    1.    In accordance with the Court's Order of January 16, 2009 (Dkt. #55), the current deadline for the parties to file a protective order is February 5, 2009.

    2.    Plaintiff and Defendants seek an extension of six days, through February 11, 2009, to file a protective order.

    3.    Plaintiff and Defendants seek this extension of time not for delay but for good cause and that justice may be served. The parties submit that the requested extension will not delay or interfere with the management of the case or with any other deadlines in the case.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court grant this Joint Motion for Extension of Time for Filing Protective Order and extend the deadlines for filing a protective order until February 11, 2009.

Dated: February 5, 2009

Respectfully submitted,

By: /s/ Laura L. Kolb

David T. Pritikin
Richard A. Cederoth
Laura L. Kolb
Sidley Austin LLP
1 South Dearborn Street
Chicago, Illinois 60603
Tel. (312) 853-7000
Fax (312) 853-7036
Email: dpritikin@sidley.com
          rcederoth@sidley.com
          lkolb@sidley.com

Eric H. Findlay
Brian Craft
Findlay Craft LLP
6760 Old Jacksonville Hwy.
Suite 101
Tyler, TX 75703
Tel. (903) 534-1100
Fax (903) 534-1137
E-mail: efindlay@findlaycraft.com
            bcraft@findlaycraft.com

*Attorneys for Defendant Microsoft Corp.*

By: /s/ David A. Perlson
    (signed with permission by Laura L. Kolb)

Charles K. Verhoeven
charlesverhoeven@quinnemanuel.com
David A. Perlson
davidperlson@quinnemanuel.com
Antonio R. Sistos,

antoniosistos@quinnemanuel.com
Emily C. O'Brien
emilyobrien@quinnemanuel.com
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:		(415) 875 6600
Facsimile:		(415) 875 6700

Nicholas H. Patton
SBN: 15631000
nickpatton@texarkanalaw.com
PATTON, TIDWELL & SCHROEDER, LLP
4605 Texas Boulevard
P. O. Box 5398
Texarkana, Texas 7550505398
(903) 792-7080
(903) 792-8233 (fax)

*Attorneys for Defendant Google, Inc.*


By:   /s/ W. Jeffrey Sefton
     (signed with permission by Laura L. Kolb)

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
N. Claire Henry
State Bar No. 24053063
Email: chenry@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Robert M. Parker
Texas Bar No. 15498000
Robert Chrisopher Bunt
Texas Bar No. 00787165
Charles Ainsworth

Texas Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (FAX)

J. Robert Chambers
(Admitted *pro hac vice*)
Email: bchambers@whepatent.com
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

Gregory M. Utter
(Admitted *pro hac vice*)
Email: gutter@kmklaw.com
W. Jeffrey Sefton
(Admitted *pro hac vice*)
Email: jsefton@kmklaw.com
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

*Attorneys for Plaintiff Paid Search Engine Tools, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A).

                                                  /s/ Laura L. Kolb
                                                  Laura L. Kolb