IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PAID SEARCH ENGINE TOOLS, LLC<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOOGLE, INC. and MICROSOFT CORPORATION,<br><br>　　　　Defendants. | CIVIL ACTION NO. 2-08-CV-061<br><br>JURY TRIAL DEMANDED |

## ORDER

Before the Court is the Joint Motion for Extension of Time for Filing Protective Order filed by Plaintiff Paid Search Engine Tools, LLC and Defendants Google Inc. and Microsoft Corporation. After considering the motion, the Court is of the opinion that it is meritorious. It is therefore:

ORDERED that the new deadline for filing a Protective Order is February 11, 2009.

SIGNED this 6th day of February, 2009.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

6