IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC | | |
| Plaintiff, | | CIVIL ACTION NO. 2-08-CV-061 |
| v. | | JURY TRIAL DEMANDED |
| GOOGLE, INC. and MICROSOFT CORPORATION, | | |
| Defendants. | | |

**JOINT MOTION FOR EXTENSION OF TIME
FOR FILING PROTECTIVE ORDER**

TO THE HONORABLE JUDGE OF THIS COURT:

Plaintiff Paid Search Engine Tools, Inc. ("Plaintiff") and Defendants Google Inc. and Microsoft Corporation ("Defendants") file this Joint Motion for Extension of Time for Filing Protective Order and respectfully ask the Court to extend a deadline in this matter. Plaintiff and Defendants respectfully show as follows:

1. In accordance with the Court's Order of February 24, 2009 (Dkt. #67), the current deadline for the parties to file a protective order is February 25, 2009.

2. Plaintiff and Defendants seek an extension of two days, through February 27, 2009, to file a protective order.

3. Plaintiff and Defendants seek this extension of time not for delay but for good cause and that justice may be served. The parties submit that the requested extension will not delay or interfere with the management of the case or with any other deadlines in the case. Plaintiff agrees to be bound by the terms of the draft protective order circulated by Defendants on February 17, 2009, until the Court enters a Protective Order in this matter.

1

WHEREFORE, Plaintiff and Defendants respectfully request that the Court grant this Joint Motion for Extension of Time for Filing Protective Order and extend the deadlines for filing a protective order until February 27, 2009.

Dated: February 25, 2009      By:    */s/ Robert Christopher Bunt*

Robert Christopher Bunt
Texas Bar No. 00787165
Robert M. Parker
Texas Bar No. 15498000
Charles Ainsworth
Texas Bar No. 00783521
PARKER, BUNT & AINSWORTH, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
(903) 531-3535
(903) 533-9687 (fax)
Email: rcbunt@pbatyler.com
Email: charley@pbatyler.com

S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
N. Claire Henry
State Bar No. 24053063
Email: chenry@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

J. Robert Chambers
(Admitted *pro hac vice*)
Email: bchambers@whepatent.com
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

Gregory M. Utter
(Admitted *pro hac vice*)
Email: gutter@kmklaw.com
W. Jeffrey Sefton
(Admitted *pro hac vice*)
Email: jsefton@kmklaw.com
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

*Attorneys for Plaintiff Paid Search Engine Tools, Inc.*

By:  */s/ Laura L. Kolb with permission by Robert Christopher Bunt*
   David T. Pritikin
David T. Pritikin
Richard A. Cederoth
Laura L. Kolb
Sidley Austin LLP
1 South Dearborn Street
Chicago, Illinois 60603
Tel. (312) 853-7000
Fax (312) 853-7036
Email: dpritikin@sidley.com
    rcederoth@sidley.com
    lkolb@sidley.com

Eric H. Findlay
Brian Craft
Findlay Craft LLP
6760 Old Jacksonville Hwy.
Suite 101
Tyler, TX 75703
Tel. (903) 534-1100
Fax (903) 534-1137
E-mail: efindlay@findlaycraft.com
    bcraft@findlaycraft.com

*Attorneys for Defendant Microsoft Corp.*

By:     */s/ Emily C. O'Brien with permission by*
        *Robert Christopher Bunt*
        _____

        Charles K. Verhoeven
        charlesverhoeven@quinnemanuel.com
        David A. Perlson
        davidperlson@quinnemanuel.com
        Antonio R. Sistos,
        antoniosistos@quinnemanuel.com
        Emily C. O'Brien
        emilyobrien@quinnemanuel.com
        QUINN EMANUEL URQUHART
        OLIVER & HEDGES, LLP
        50 California Street, 22nd Floor
        San Francisco, California  94111
        Telephone:      (415) 875 6600
        Facsimile:      (415) 875 6700

        Nicholas H. Patton
        SBN: 15631000
        nickpatton@texarkanalaw.com
        PATTON, TIDWELL & SCHROEDER, LLP
        4605 Texas Boulevard
        P. O. Box 5398
        Texarkana, Texas 7550505398
        (903) 792-7080
        (903) 792-8233 (fax)

        *Attorneys for Defendant Google, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically this 25th day of February, 2009, in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who have consented to electronic service.  Local Rule CV-5(a)(3)(A).

                        */s/ Robert Christopher Bunt*
                        Robert Christopher Bunt