IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, | § § | |
| Plaintiff, | § § | C.A. 2:08-cv-061 (DF/CE) |
| vs. | § § | |
| GOOGLE, INC. and MICROSOFT CORPORATION, | § § § | Jury Demanded. |
| Defendants. | § § | |

## AGREED MOTION TO EXTEND TIME TO FILE PROTECTIVE ORDER

Now comes Plaintiff Paid Search Engine Tools, Inc. ("Plaintiff") and files this Agreed Motion to Extend Time to File Protective and would show the Court as follows:

The current deadline for the parties to file a Protective Order is February 27, 2009. Plaintiff and Defendants seek an extension of time up to and including, March 4, 2009, to file a Protective Order. Plaintiff agrees to be bound by the terms of the draft protective order circulated by Defendants on February 17, 2009, until the Court enters a Protective Order in this matter. This extension is not sought for delay, but only to give the parties more time to resolve their differences. The requested extension will not delay or interfere with the management of the case or any other deadlines in this case.

Defendants Google Inc. and Microsoft Corporation ("Defendants") do not oppose this motion.

WHEREFORE, Plaintiff, Paid Search Engine Tools, LLC, respectfully prays that the Court grant this motion and permit an extension of time for the parties to file the Protective Order up to and including March 4, 2009.

Dated: February 27, 2009

Respectfully submitted,

By: /s/ N. Claire Abernathy
S. Calvin Capshaw
State Bar No. 03783900
Email: ccapshaw@capshawlaw.com
Elizabeth L. DeRieux
State Bar No. 05770585
Email: ederieux@capshawlaw.com
N. Claire Abernathy
State Bar No. 24053063
Email: chenry@capshawlaw.com
Capshaw DeRieux, LLP
1127 Judson Road, Suite 220
Longview, TX 75601
Telephone: (903) 236-9800
Facsimile: (903) 236-8787

Robert M. Parker
State Bar No. 15498000
Email: rmparker@pbatyler.com
Robert Christopher Bunt
State Bar No. 00787165
Email: rcbunt@pbatyler.com
Charles Ainsworth
State Bar No. 00783521
Email: charley@pbatyler.com
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Suite 1114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

J. Robert Chambers
(Admitted *pro hac vice*)
Email: bchambers@whepatent.com
Wood, Herron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

Gregory M. Utter
(Admitted *pro hac vice*)
Email: gutter@kmklaw.com
W. Jeffrey Sefton
(Admitted *pro hac vice*)
Email: jsefton@kmklaw.com
Keating, Muething & Klekamp, PLL
One East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
Telephone: (513) 579-6400
Facsimile: (513) 579-6457

Of Counsel:
P. Andrew Blatt
Email: dblatt@whepatent.com
John Paul Davis
Email: jdavis@whepatent.com
Brett A. Schatz
Email: bschatz@whepatent.com
Wood, Heron & Evans, L.L.P.
2700 Carew Tower
441 Vine Street
Cincinnati, Ohio 45202-2917
Telephone: (513) 241-2324
Facsimile: (513) 241-5960

**ATTORNEYS FOR PLAINTIFF,
PAID SEARCH ENGINE TOOLS, LLC**

## CERTIFICATE OF CONFERENCE

I certify that I have complied with the meet and confer requirement in Local Rule CV-7(H) and this motion is unopposed.

/s/ N. Claire Abernathy
N. Claire Abernathy

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 27th day of February, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

/s/ N. Claire Abernathy
N. Claire Abernathy