.IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, | § § | |
| Plaintiff, | § § | CASE NO. 2:07-cv-403 (TJW) |
| v. | § § | |
| YAHOO! INC., | § § | Jury Demanded. |
| Defendant. | § § § | |

| | | |
|---|---|---|
| PAID SEARCH ENGINE TOOLS, LLC, | § § | |
| Plaintiff, | § § | CASE NO. 2:08-cv-061 (DF/CE) |
| v. | § § | |
| GOOGLE INC. and MICROSOFT CORPORATION, | § § § § | Jury Demanded. |
| Defendants. | § § | |

## RESPONSE TO PLAINTIFF PAID SEARCH ENGINE TOOLS, LLC'S
## MOTION TO CONSOLIDATE

Defendants Google Inc., Microsoft Corporation and Yahoo! Inc. respectfully file this response to Plaintiff Paid Search Engine Tools, LLC's Motion to Consolidate. Defendants notify the Court that although Defendants do not agree with all of the arguments or assertions made in the motion, Defendants do not oppose the motion and at no time opposed consolidation of *Paid Search Engine Tools, LLC v. Google Inc. and Microsoft Corp.*, Case No. 2:08-cv-061 (DF/CE) with *Paid Search Engine Tools, LLC v. Yahoo! Inc*., Case No. 2:07-cv-403 (TJW).

1

DATED:  March 26, 2009					Respectfully submitted,

						By /s/ Emily C. O'Brien
							Charles K. Verhoeven, *pro hac vice*
							charlesverhoeven@quinnemanuel.com
							Attorney In Charge
							David A. Perlson, *pro hac vice*
							davidperlson@quinnemanuel.com
							Antonio R. Sistos, *pro hac vice*
							antoniosistos@quinnemanuel.com
							Emily C. O'Brien, *pro hac vice*
							emilyobrien@quinnemanuel.com

							QUINN EMANUEL URQUHART OLIVER &
								HEDGES, LLP
							50 California Street, 22nd Floor
							San Francisco, California  94111
							Telephone:	(415) 875-6600
							Facsimile:	(415) 875-6700

							 Nicholas H. Patton
							 SBN: 15631000
							 nickpatton@texarkanalaw.com
							PATTON, TIDWELL & SCHROEDER, LLP
							4605 Texas Boulevard
							P.O. Box 5398
							Texarkana, Texas 7550505398
							Telephone:	(903) 792-7080
							Facsimile:	(903) 792-8233

							*Attorneys for Defendant Google Inc.*

<u>*(/s/ Richard A. Cederoth*</u>
*with permission by Emily C. O'Brien)*
Eric H. Findlay
Efindlay@findlaycraft.com
FINDLAY CRAFT
6760 Old Jacksonville
Suite 101
Tyler, TX 75703
Tel: 903-534-1100
Fax: 903-534-1137

Richard A. Cederoth
Laura Kolb
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
Telephone: 312-853-7000
Facsimile: 312-853-7036

*Attorneys for Defendant*
**MICROSOFT CORPORATION**

                                            *(/s/ Douglas E. Lumish*
                                            *with permission by Emily C. O'Brien)*
                                             Otis W. Caroll, Jr.
                                             Jack Wesley Hill
                                             IRELAND CAROLL & KELLEY
                                             6101 S. Broadway
                                             Suite 500
                                             Tyler, TX 75703
                                             Tel: 903-561-1600
                                             Fax: 903-581-1071

                                             Douglas E. Lumish
                                             WEIL GOTSHAL & MANGES
                                             201 Redwood Shores Parkway
                                             Redwood City, CA 94065
                                             Telephone: 650-802-3000
                                             Facsimile: 650-802-3100

                                             *Attorneys for Defendant*
                                             **YAHOO! INC.**

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on March 26, 2009.


                                             /s/ Emily C. O'Brien