IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **PAID SEARCH ENGINE TOOLS, LLC,** | § § § | |
| vs. | § § | **CIVIL ACTION NO. 2:07-CV-403 (DF)** |
| **YAHOO! INC.** | § § § | |
| | § | |
| **PAID SEARCH ENGINE TOOLS, LLC,** | § § § | |
| vs. | § § | **CIVIL ACTION NO. 2:08-CV-61 (DF)** |
| **GOOGLE, INC. and MICROSOFT CORPORATION.** | § § § | |

**O R D E R**

Before the Court are Plaintiff's Motions to Consolidate (2:07-CV-403 Dkt. No. 50 and 2:08-CV-61 Dkt. No. 74) and Defendants' responses (2:07-CV-403 Dkt. No. 53 and 2:08-CV-61 Dkt. No. 75). Having considered the parties' positions, Plaintiff's motions to consolidate are hereby **GRANTED**. The consolidated action shall be governed by the current scheduling order in case number 2:08-CV-61. Dkt No. 51. In addition, the consolidated action is hereby **REFERRED** to the Honorable Charles Everingham for case management.

**SIGNED this 4th day of June, 2009.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE