**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| **PAID SEARCH ENGINE TOOLS, LLC** | § § | |
| **v.** | § § | |
| **GOOGLE, INC., ET AL.,** | § § | **CIVIL ACTION NO. 2:08-CV-61** |
| **Defendants.** | § | |

## ORDER

The above-captioned case was consolidated with Civil Action No. 2:07-CV-403 on June 4, 2009. Dkt. No. 77. It was noted on the docket that all future filings from that date forward should be filed in Civil Action No. 2:07-CV-403. Accordingly, it is hereby **ORDERED** that the above-captioned case is administratively **CLOSED**.

    **IT IS SO ORDERED.**

    **SIGNED this 3rd day of March, 2011.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE